☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    NOTICE OF INTENT TO
                                       FILE AN INFORMATION
            v.                    :
                                       08 Mag. 737
YVONNE DARKOAH,                   :

            Defendant.            :

- - - - - - - - - - - - - - - - - - x

*JUDGE KOELTL*

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 7, 2008

**08 CRIM 730**

MICHAEL J. GARCIA
United States Attorney

By: _____
    MARK LANPHER
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    MICHAEL TORRES, ESQ.
    Attorney for Yvonne Darkoah

[ELECTRONICALLY FILED stamp: 7/8/08]

7/8/08 WHEEL A