UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INFORMATION

      - v. -                     :      08 Cr.

YVONNE DARKOAH,                   :

               Defendant.       :

- - - - - - - - - - - - - - - - - - - - - x

**08 CRIM 730**

COUNT ONE

The United States Attorney charges:

From in or about November 2006, through in or about October 2007, in the Southern District of New York and elsewhere, YVONNE DARKOAH, the defendant, unlawfully, willfully, and knowingly, with intent to defraud, did pass, utter, and publish, and attempt to pass, utter, and publish, Treasury checks of the United States bearing falsely made and forged endorsements and signatures, to wit, DARKOAH deposited stolen United States Treasury checks, bearing forged endorsements, into several bank accounts held in the name of Trinity Travel and Marketing and in her own name, and withdrew cash to which she was not entitled.

      (Title 18, United States Code, Section 510(a).)

                                      MICHAEL J. GARCIA
                                      United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

YVONNE DARKOAH,

Defendant.

Information

08 Cr.

(18 U.S.C. § 510(a).)

                 MICHAEL J. GARCIA
              United States Attorney.

8/1/2008 Filed waiver of indictment and information. Deft arraigned on information. Deft pres w/atty Michael Torres. AUSA Zachary Feingold, Reporter Jennifer Thun. Deft enters plea of guilty to information. Sentence date at 9:30pm, PSI ordered. Bail cont'd.

— Judge Koeltl