UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT

      v.                               08 CRIM 730

YVONNE DARKOAH,                     :

            Defendant.          :

- - - - - - - - - - - - - - - - - - - x


        The above-named defendant, who is accused of violating Title 18, United States Code, Section 510, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.


                                                _____
                                                Defendant

                                                _____
                                                Witness

                                                _____
                                                Counsel for Defendant

Date:    New York, New York
          August 1, 2008